IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01063-WYD-MJW

LEIGH TRUJILLO,

    Plaintiff(s),

v.

LAW OFFICE OF SAM STREETER, PLLC, a Texas professional limited liability company;
CHUCK "DOE," whose true name is unknown;
TONY MILES, whose true name is unknown; and
"JANE DOE," whose true name is unknown,

    Defendant(s).
_____

**ORDER OF DISMISSAL**
_____

The plaintiff has filed an Unopposed Motion to Dismiss with Prejudice on August 3, 2005.  After a careful review of the Motion and the file, the court concludes that the Motion should be granted and the case should be dismissed with prejudice. Accordingly, it is

ORDERED that plaintiff's Unopposed Motion to Dismiss with Prejudice is GRANTED, and this case is DISMISSED WITH PREJUDICE, each party to pay their own costs and attorney's fees.

Dated:  August 4, 2005

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge